WALLER N. ADAMS, Plaintiff, *v.* CLARE M. TORREY et al., Individually and Doing Business as THOMAS, TORREY & GRIFFITH, Impleaded with T. & G. ASSETS REALIZATION CORPORATION, Appellant, et al., Defendants.

WALTER M. GOLDSMITH et al., Comprising the Firm of GOLDSMITH, JACKSON & BROCK, Respondents.

Argued November 24, 1942; decided January 7, 1943.

*Chauncey E. Treadwell* and *William Biel* for appellant.

*Osmond K. Fraenkel, Arnold J. Brock* and *Charles H. Levitt* for respondents.

Order affirmed, with costs; no opinion.

Concur: FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., and LOUGHRAN, J.